THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMERICAN HALLMARK INSURANCE COMPANY OF TEXAS,<br><br>Plaintiff,<br>v.<br><br>JIREH ASPHALT AND CONCRETE, INC.,<br><br>Defendant. | CASE NO. C21-0365-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' joint motion for an extension of time for Defendant Jireh Asphalt and Concrete to respond to the complaint (Dkt. No. 9). Having reviewed the parties' stipulation and the relevant record and finding good cause, the Court hereby GRANTS the motion. Jirah must respond to the complaint by May 17, 2021.

DATED this 21st day of April 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER
C21-0365-JCC
PAGE - 1