THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMERICAN HALLMARK INSURANCE COMPANY OF TEXAS,<br><br>Plaintiff,<br><br>vs.<br><br>JIREH ASPHALT AND CONCRETE, INC. dba JIREH CONSTRUCTION SERVICES, a Washington corporation,<br><br>Defendant. | NO. 2:21-cv-00365-JCC<br><br>DEFENDANT'S NON-OPPOSITION TO PLAINTIFF AMERICAN HALLMARK INSURANCE CO. OF TEXAS' MOTION FOR SUMMARY JUDGMENT |

COMES NOW, Defendant JIREH ASPHALT AND CONCRETE, INC. dba JIREH CONSTRUCTION SERVICES, by and through its attorney of record, Seth E. Chastain, and hereby files this Non-Opposition to Plaintiff's Motion For Summary Judgment. In accordance with Defendant's agreement with Plaintiff, Defendant does not contest any factual or legal issue raised in Plaintiff's Motion for Summary Judgment and Defendant recognizes that the Court may deem this filing to constitute consent by Defendant that American Hallmark Insurance Company of Texas is entitled to the granting of said motion, pursuant to Rule 56(e) of the Federal Rules of Civil Procedure.

/ / /

/ / /

DEFENDANT'S NON-OPPOSITION TO PLAINTIFF AMERICAN HALLMARK INS. CO. OF TEXAS' MOTION FOR SUMMARY JUDGMENT
NO. 2:21-cv-00365-JCC

- 1 -

LEVY | VON BECK | COMSTOCK | P.S.
1200 Fifth Ave., Suite 1850
Seattle, Washington 98101
Main/Fax: 206-626-5444

1  DATED this 21st day of July, 2021.

2

3                                  **LEVY | VON BECK | COMSTOCK | P.S.**

4

5                        By  /s/ Seth E. Chastain

6                           Seth E. Chastain, WSBA No. 43066
                         1200 Fifth Avenue, Suite 1850

7                           Seattle, WA 98101
                         sechastain@levy-law.com

8                           T/F: 206.626.5444

9                           *Attorneys for Defendant Jireh Asphalt and*
                         *Concrete, Inc. dba Jireh Construction Services*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

DEFENDANT'S NON-OPPOSITION TO PLAINTIFF AMERICAN HALLMARK INS. CO. OF TEXAS' MOTION FOR SUMMARY JUDGMENT
NO. 2:21-cv-00365-JCC

- 2 -

LEVY | VON BECK | COMSTOCK | P.S.
1200 Fifth Ave., Suite 1850
Seattle, Washington 98101
Main/Fax: 206-626-5444

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 21st day of July, 2021 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

**DATED** this 21st day of July, 2021, at Seattle Washington.

*s/ Seth E. Chastain*
Seth E. Chastain, WSBA No. 43066
Levy | von Beck | Comstock | P.S.
1200 Fifth Ave., Suite 1850
Seattle, WA 98101
Tel./Fax: 206-960-4596
sechastain@levy-law.com

DEFENDANT'S NON-OPPOSITION TO PLAINTIFF AMERICAN HALLMARK INS. CO. OF TEXAS' MOTION FOR SUMMARY JUDGMENT
NO. 2:21-cv-00365-JCC

- 3 -

LEVY | VON BECK | COMSTOCK | P.S.
1200 Fifth Ave., Suite 1850
Seattle, Washington 98101
Main/Fax: 206-626-5444